**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT FLORIDA**
**TAMPA DIVISION**

**BRINDA SNIVELY,**

**Plaintiff,**

**v.** **Case No.:**

**DEPARTMENT OF HOMELAND SECURITY,**
**TRANSPORTATION SECURITY**
**ADMINISTRATION,**

**Defendant.**
______________________________________/

# COMPLAINT

1. Jurisdiction is based on 28 U.S.C. §1346(b)(1); the United States is the Defendant in this civil action and the claim is brought under the Federal Tort Claims Act ("FTCA"). An administrative claim was filed with the Department of Homeland Security, Transportation Security Administration. More than six (6) months have passed since the filing of the claim. The subject claim has been left without action by the responsible federal agency for more than six months.

2. Venue is proper under 28 U.S.C. § 1402 in that the negligence complained of occurred at the Tampa International Airport, located in Tampa, Florida.

3. Plaintiff is an Ohio resident, who was traveling between Florida and Ohio.

4. Defendant is a federal agency of the United States of America.

5. On June 24, 2012, Plaintiff was at the Tampa International Airport traveling from Tampa to Columbus, Ohio.

6. Plaintiff was traveling with her sister, Janet Lewis, and her disabled niece, Leissa Lewis.

7. While heading to her gate, Plaintiff had to stop at the Transportation Security Administration ("TSA") security check point.

8. Plaintiff placed her bags on the TSA table and removed her shoes.

9. Plaintiff turned to assist her sister with Leissa Lewis.

10. While attempting to assist her sister, Plaintiff struck her foot against a pole underneath the table and shattering her foot.

11. After Plaintiff's foot hit the table, Plaintiff bent over the table and one of the guards present said "it happens all the time."

12. TSA provided Plaintiff with a cane and she went through security.

13. After going through security, Plaintiff sat on a bench and a supervisor came and took pictures.

14. Ultimately, Plaintiff boarded the flight on a wheelchair.

15. Upon arriving home, Plaintiff sought medical treatment for her injured foot.

16. Even after several months following the injury, Plaintiff experienced significant pain.

**COUNT I – NEGLIGENCE**
**(Federal Tort Claims Act – 28 U.S.C. § 2671 et seq.)**

17. Plaintiff incorporates by reference and re-alleges paragraphs 1 – 16, above, as if fully set forth herein.

18. At all times relevant, hereto, Defendants, acting through their employees and agents, owed a duty to exercise reasonable care in processing passengers through the TSA security check point.

19. Defendants, through their employees and agents, were negligent and breached their duty to exercise reasonable care to Plaintiff.

20. As a direct and proximate/legal cause of Defendants' acts or omissions, Plaintiff has suffered serious injuries, requiring surgery, loss of work, and enjoyment of life.

WHEREFORE, Plaintiff, BRINDA SNIVELY, prays for monetary damages against Defendants, for past and future financial losses, emotional suffering, inconvenience, and mental anguish, up to the maximum amount permitted by law, plus her costs, and any other relief that the Court deems just and equitable.

**JURY TRIAL DEMAND**

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted this 17th day of January, 2014.

***s/Richard L. Bradford*_______**
RICHARD L. BRADFORD
Florida Bar No.: 0068497
BRADFORD AND BRADFORD, P.A.
P.O. Box 6999
Brandon, FL 33508
Telephone: (813) 413-2402
Facsimile: (813) 381-5340
e-mail: rich@bradfordfirm.com
Attorney for Plaintiff