Florida Middle Civil Cover Sheet

JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

### Plaintiff(s):

First Listed Plaintiff:
Brinda Snively ;
**County of Residence:** Outside This District

### Defendant(s):

First Listed Defendant:
Department of Homeland Security ;
**County of Residence:** Outside This District

Additional Defendants(s):
Transportation Security Administration ;

**County Where Claim For Relief Arose:** Hillsborough County

### Plaintiff's Attorney(s):

Richard Bradford (Brinda Snively)
Bradford & Bradford
150 E. Bloomingdale Ave.
Brandon, Florida 33511
**Phone:** (813) 413-2402
**Fax:** (813) 381-5340
**Email:** rich@bradfordfirm.com

### Defendant's Attorney(s):

**Basis of Jurisdiction:** 2. U.S. Government Defendant

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** N/A

**Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 360 Other Personal Injury Actions

**Cause of Action:** This is a negligence action brought under the Federal Tort Claims Act 28 U.S.C. 2671.

**Requested in Complaint**

**Class Action:** Not filed as a Class Action

Florida Middle Civil Cover Sheet

**Monetary Demand (in Thousands):** 500

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** s/Richard L. Bradford

**Date:** 1/17/2014

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.